# FILED

08/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0287

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23–287

PLANNED PARENTHOOD OF MONTANA, et al.,

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.,

Defendants and Appellants.

On appeal from the Montana First Judicial District Court, Lewis and Clark County
Cause No. ADV 2023–299, the Honorable Mike Menahan, Presiding

## GRANT OF EXTENSION

Upon consideration of Defendant Appellants' unopposed motion for an extension of time, Appellants are granted an extension of time up to and including October 30, 2023, in which to prepare, serve, and file their opening brief in the above-entitled matter.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 10 2023